689 S.E.2d 638

The STATE, Petitioner,

v.

Hercules E. MITCHELL, Respondent.

No. 26772.

Supreme Court of South Carolina.

Heard Jan. 20, 2010.

Decided Feb. 16, 2010.

Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Senior Assistant Attorney General S. Creighton Waters, all of Columbia, and Solicitor David Michael Pascoe, Jr., of Orangeburg, for Petitioner.

Chief Appellate Defender Robert M. Dudek, of Columbia, for Respondent.

---

598

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

PER CURIAM.

We granted a writ of certiorari to review the Court of Appeals decision in *State v. Mitchell,* 378 S.C. 305, 662 S.E.2d 493 (Ct.App.2008). After a thorough review of the Appendix, record, and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**